IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| ROMERO GRADY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:14-cv-112 |
| | ) | |
| CHRYSLER LLC, | ) | Removed from the Circuit Court of the |
| | ) | 17th Judicial Circuit, Winnebago County |
| Defendant. | ) | |

**<u>DEFENDANT CHRYSLER GROUP LLC'S NOTICE OF REMOVAL</u>**

Pursuant to 28 U.S.C. §§ 1441 and 1446, as well as Rule 81(c) of the Federal Rules of Civil Procedure, Defendant Chrysler Group LLC (improperly identified as "Chrysler LLC") (hereinafter "Chrysler") hereby removes this action, Case No. 2013-MR-0000981, from the Circuit Court of the 17th Judicial Circuit, Winnebago County, State of Illinois (the "State Court Action") to the United States District Court for the Northern District of Illinois. As grounds for removal, Chrysler states as follows:

**<u>BACKGROUND</u>**

1. Plaintiff Romero Grady filed the State Court Action against Defendant on or about November 4, 2013. (A copy of Plaintiff's Complaint is attached as Exhibit A.)

2. On or about December 6, 2013, a summons was issued to Chrysler. (A copy of the Summons is attached as Exhibit B.)

3. On or about December 12, 2013, Chrysler received a copy of the Summons.

4. As of the date of this Notice, Chrysler has not answered the Petition.

5. Plaintiff's Complaint appears to allege that Chrysler has interfered with his rights under the Family and Medical Leave Act ("FMLA") and/or Chrysler has retaliated against

Plaintiff for exercising his rights under the FMLA. (*See* Exhibit A.)

6. In fact, in the very first paragraph of his Complaint, Plaintiff alleges "[t]he action involves the application of the Family and Medical Leave Act of 1993 ("FMLA"), 29 U.S.C. § 2601 et seq. This court has jurisdiction of this action pursuant to 29 U.S.C. § 2617 and 28 U.S.C. § 1331." (Exhibit A, ¶ 1.)

## BASIS FOR FEDERAL COURT JURISDICTION

7. Under 28 U.S.C. §§ 1441 and 1446, Congress granted defendants the statutory right to remove a case from a state court to the United States District Court where that case originally could have been filed. 28 U.S.C. §§ 1441(a), 1446(a).

8. Generally, removal based on federal question is governed by the well-pleaded complaint rule. "It is long-settled law that a cause of action arises under federal law only when the plaintiff's well pleaded complaint raise issues of federal law." *Rice v. Panchal*, 65 F.3d 637, 639 (7th Cir. 1995) (quoting *Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58, 63 (1987)).

9. In his Complaint, Plaintiff alleges that his lawsuit "involves application of the Family and Medical Leave Act," he was retaliated against for taking leave under the FMLA, Chrysler allegedly interfered with his rights under the FMLA, and Chrysler's actions violated the FMLA, which are claims over which federal courts have original jurisdiction. (*See e.g.,* Exhibit A, ¶¶ 1, 6-8, 12-16, 22-23, 30, 44-45, 51, 53, 55, 57.)

10. The claims described above are removable because federal courts have original jurisdiction over them pursuant to federal statute. *See* 29 U.S.C. § 2617.

11. Such claims therefore raise a federal question and are properly removed to this Court pursuant to 28 U.S.C. §§ 1331 and 1441(c).

## PROPRIETY OF REMOVAL

12. This Notice of Removal is timely because it was filed by Chrysler within thirty days after receipt of the Summons in the State Court Action. 28 U.S.C. § 1446(b).

13. The Circuit Court of the 17th Judicial Circuit, Winnebago County, State of Illinois, is located within this District.

14. Promptly after filing this Notice of Removal, Chrysler will file a copy of the Notice of Removal with the Circuit Court of the 17th Judicial Circuit, Winnebago County, State of Illinois, and will file the Notice with this Court after the state court acknowledgment is received. *See* 28 U.S.C. § 1446(a) and (d).

15. Only the Plaintiff's Complaint and Summons were served upon Chrysler in the State Court Action. *See* Exhibits A and B.

WHEREFORE, Chrysler removes the above-captioned action from the Circuit Court of the 17th Judicial Circuit, Winnebago County, State of Illinois to the United States District Court for the Northern District of Illinois.

Respectfully submitted,

**SEYFERTH BLUMENTHAL & HARRIS LLC**

By: */s/ Charlie J. Harris, Jr.*
 Charlie J. Harris, Jr., #90785737
 Julia D. Kitsmiller, #51883
 4801 Main Street, Suite 310
 Kansas City, Missouri 64112
 Telephone: (816) 756-0700
 Facsimile: (816) 756-3700
 Email: charlie@shblaw.com
  julia@sbhlaw.com

and

Matthew Barrette, #6274523
Sullivan Hincks & Conway

3

        120 West 22nd Street, Suite 100
        Oak Brook, Illinois  60523
        Telephone:  (630) 573-5021
        Facsimile:  (630) 573-5130
        Email:  mattbarrette@shlawfirm.com

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2014, the foregoing was filed using the Court's ECF system, and a copy was also served via U.S. Mail, postage prepaid, and addressed to Plaintiff pro se at the following address:

Romero L. Grady
3942 Dunbury Lane
Rockford, Illinois  61101

**Plaintiff Pro Se**

        */s/ Charlie J. Harris, Jr.*
        **Attorney for Defendant**